# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEMISERVE, INC., a Nevada corporation, STUART PROCTOR, an individual, and KIRSTEEN PROCTOR, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SEMICON SERVICES, LLC, an Illinois limited liability company, an individual, and DOES 1-20,<br><br>Defendants. | Case No.: 8:14-cv-02009-JLS (DFM)<br>Judge: Hon. Josephine L. Staton<br>Court Room: 10A<br><br><br><br>**JUDGMENT** |
| SEMICON SERVICES, LLC, and RETRONIX INTERNATIONAL, INC.,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>SEMISERVE, INC., STUART PROCTOR, and KIRSTEEN PROCTOR,<br><br>Counterclaim-Defendants. | |

## JUDGMENT

**WHEREAS,** Plaintiffs Semiserve, Inc., Stuart Proctor and Kirsteen Proctor ("Plaintiffs") on the one hand and Defendants Semicon Services, LLC, Retronix International, Inc., and settling party Retronix Semiconductor Limited ("Defendants") on the other hand executed that certain Share Repurchase, Separation and Mutual General Release Agreement dated December 31, 2015 (the "Settlement Agreement");

**WHEREAS,** Plaintiffs and Defendants mutually sought, and on May 31, 2016, this Court issued, an Order for Dismissal in the above-captioned action, and expressly retained jurisdiction, pursuant to Section 28 of the Settlement Agreement, to enforce the terms of the Settlement Agreement;

**WHEREAS**, section 28 of the Settlement Agreement provides that, "in the event that [Defendants] breach any obligation to pay the sums owed under Section 3(k), Semiserve can enforce the terms of this Agreement and have a judgment entered against all of the [Defendants] for the full amount of the Purchase Price, less any payments already made. Such judgment, once entered, shall accrue interest at the rate of 10% per annum";

**WHEREAS,** section 25 of the Settlement Agreement provides that "[I]f any action at law or in equity, or any motion, is brought to enforce this Agreement, the prevailing Party shall be entitled to all of its costs in bringing and prosecuting said action or motion, including reasonable attorneys' fees";

**WHEREAS,** there came before the Court Plaintiffs' Motion to Enforce Settlement Agreement (the "Motion") alleging Defendants' breach of payment obligations under the Settlement Agreement, which was fully briefed by the parties;

**WHEREAS,** the Court issued an order granting the Motion on May 4, 2017;

**WHEREAS**, section 28 of the Settlement Agreement therefore entitles Plaintiffs to have judgment entered in their favor, with interest to accrue at a rate of ten percent per annum, calculated simply, from and after entry of judgment;

**IT IS ORDERED, ADJUDGED AND DECREED** as follows:

1. Judgment is entered in favor Semiserve, Inc., Stuart Proctor and Kirsteen Proctor in the amount of $2,155,500.77, jointly and severally against Semicon Services, LLC, Retronix International, Inc., and Retronix Semiconductor Limited;
2. Interest on all sums shall accrue at the rate of ten (10) percent per annum from and after entry of judgment, calculated simply, pursuant to section 28 of the Settlement Agreement.

DATED: May 04, 2017

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE